AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MARSH, MALCOLM F. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, OREGON | 3. Date of Report<br><br>04/22/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISRICT. JUDGE, SENIOR. STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>1000 S. W. THIRD AVENUE<br>SUITE 1507<br>PORTLAND, OR 97204 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Grantor/Trustee of Intervivos Trust | Pioneer Trust Bank (See Line 101) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/22/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT 482 Munil Bond (h) | | | | | | | | | |
| 2. Portland Ore Urban Renewal, Due 6/15/2023 | A | Interest | K | T | | | | | |
| 3. Ore St Dept Admin Svcs Lottery, Due 04/01/2025 | B | Interest | K | T | | | | | |
| 4. Tillamook Bay Ore Cmnty College, Due 6/15/2026 | A | Interest | K | T | | | | | |
| 5. Port Portland Int'l Airport, Due 7/1/2026 | A | Interest | K | T | | | | | |
| 6. Puerto Rico Cmnwlth Hwy Transn, Ser. AGM, due 7/1/2026 | A | Interest | K | T | | | | | |
| 7. Puerto Rico Cmnwlth Hwy & Transn Ser. 4, Due 7/1/2026 | A | Interest | | | Sold | 07/01/12 | J | | |
| 8. Lake Oswego Ore Ser A, L/T, B/E, Due 6/1/2029 | A | Interest | K | T | | | | | |
| 9. Clackamas County Ore Sch. dist #46, Ser. A, Due 6/15/2029 | B | Interest | K | T | | | | | |
| 10. Wash. Cnty Ore Clean Wtr Ser. B, B/E, Due 10/1/2029 | B | Interest | L | T | | | | | |
| 11. Oregon St. Facs Auth Rev Rfdg, Due 3/15/2030 | C | Interest | L | T | | | | | |
| 12. Florence Ore Rfdg, Due 12/1/2030 | A | Interest | K | T | | | | | |
| 13. Portland Ore. urban Renewal & B/E, due 6/15/2031 | B | Interest | K | T | | | | | |
| 14. Medford Ore. Hosp Facs. AGM B/E, due 8/15/2035 | B | Interest | K | T | | | | | |
| 15. Salem Ore Hosp Fac., Ser. A, Due 8/15/2036 | B | Interest | L | T | | | | | |
| 16. Portland ORE WTR Sys Re OID Mat: 04/01/2037 | C | Interest | M | T | Buy | 08/23/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. OR St Vets Welfare, Ser B, Due 10/01/2042. See Sect. VIII | A | Interest | | | Sold | 12/01/11 | J | | |
| 18. Oregon St. Bd Bk Rev Ore Eco Comm Dev Dept, 01/01/2025, | A | Interest | | | Sold | 1/01/12 | J | | |
| 19. Citibank NA Bank Deposit Program - TRANSFERRED to Morgan Sta | A | Interest | | | Distributed | 07/01/12 | J | | transferred to Morgan Stan |
| 20. Key Bank Private Bank | A | Interest | L | T | | | | | |
| 21. U.S. Bank Checking Acct. | A | Interest | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. —I.R.A., MORGAN STANLEY SMITH BARNEY=Indiv Account (h) | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. Citibank NA South Dakota Bank Dept transferred to Morgan Sta | A | Interest | | | Distributed | 07/01/12 | J | | trans to Morgan Stanley |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. CORPORATE BONDS(h) | | | | | | | | | |
| 29. Vulcan Materials Co., Due 6/15/2018 | B | Interest | K | T | | | | | |
| 30. Manulife Financial Corp, Due 9/17/2020 | A | Interest | J | T | | | | | |
| 31. Genworth Financial, Due 2/15/21 | A | Interest | K | T | | | | | |
| 32. Goldman Sachs Group, Due 11/1/2060 | B | Interest | K | T | | | | | |
| 33. Unit AAM Strategic High 80 Dividend | B | Interest | K | T | Buy | 05/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Unit AAM Steelpath/Alerian MLP & Income | B | Interest | K | T | Buy | 10/16/12 | K | | |
| 35. Unit FTP Sr Loan & Ltd Duration Series 52 | C | Interest | K | T | Buy | 04/09/12 | K | | |
| 36. Unit FTP Sr Loan & Ltd Duration Plus Series 54 | C | Interest | K | T | Buy | 05/16/12 | K | | |
| 37. Unit FTP Strategic Income Series 36 | A | Interest | K | T | | | | | |
| 38. Units FTP Tactical Income Portfolio Series 11 | B | Interest | K | T | Buy | 01/05/12 | K | | |
| 39. Unit First Trust Tactical Income 14 | A | Interest | J | T | Buy | 08/23/12 | J | | |
| 40. Unit First Trust Tactical Income 5 | A | Interest | K | T | | | | | |
| 41. Unit Gugg Zacks Income Adv Strate Series 16 | C | Interest | L | T | Buy | 03/07/12 | L | | |
| 42. ─OTHER Investments & activities(h) | | | | | | | | | |
| 43. Wisdomtree Trust Emrg Mkt Eqt | B | Interest | K | T | Buy | 07/11/12 | K | | |
| 44. Ishares Trust DJ Select | A | Interest | K | T | Buy | 07/11/12 | K | | |
| 45. Powershares QQQ TR | A | Interest | K | T | Buy | 07/11/12 | K | | |
| 46. UTS FTP, Global Gorillas, Portfolio Series 1 | A | Interest | | | Sold | 08/23/12 | L | | |
| 47. Port of Portland Int'l Airport, Passenger B/E, Due 7/1/2 | B | Interest | K | T | | | | | |
| 48. Units FTP Insured Municipal Series 27 | B | Interest | | | Sold | 07/11/12 | L | | |
| 49. Units FTP Insured Municipal Series 27 | B | Interest | | | Merged (with line 48) | 07/15/12 | L | | |
| 50. ─HSBC Fin Corp HSBC Fin Internotes; MAT: 2/15/2015 | A | Interest | | | Sold | 01/05/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. —Goldman Sachs Group Inc. Mat: 01/15/2017 | A | Interest | | | Sold | 08/23/12 | K | | ░░░ |
| 52. —Bank of America Corp Sub Internotes; Mat: 3/15/2020 | A | Interest | | | Sold | 05/16/12 | K | | ░░░ |
| 53. Fortune Brands, Inc., Due 11-15-2021 | A | Interest | K | T | | | | | |
| 54. RR Donnelley & Sons Co., Due 6/15/2020 | C | Interest | | | Sold | 03/07/12 | L | | ░░░ |
| 55. Genworth Financial, Due 5/22/2018 | A | Interest | | | Sold | 04/09/12 | K | | ░░░ |
| 56. Units ADT, Strategic High 80 | A | Interest | | | Sold | 05/10/12 | K | | ░░░ |
| 57. UTS FTP, Tactical Income Portfolio Series 5 | B | Interest | K | T | | | | | |
| 58. Hartford Life - Debs, Due 6/15/2027 | A | Interest | | | Sold | 10/15/12 | K | | ░░░ |
| 59. Wells Fargo Capital Enhanced, Due 3/15/2068 | A | Interest | K | T | | | | | |
| 60. Unit FTP Strategic Income Series 36 | A | Interest | K | T | | | | | |
| 61. | | | | | | | | | |
| 62. Pioneer Trust Bank (See P. 1, Positions) | A | Interest | K | T | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | | | | | |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | | | | | |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following investment was inadvertently left off the 2012 report..

OR St Vets Welfare, Ser B. Due 10/01/2042 -- See line 17 of this report; sold in entirety on 12/01/2011

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/22/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MALCOLM F. MARSH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



Chambers of
**MALCOLM F. MARSH**
United States District Judge

**United States District Court**

DISTRICT OF OREGON

1507 United States Courthouse

1000 S.W. Third Avenue

Portland, Oregon 97204-2902

June 6, 2013

RECEIVED

2013 JUN 11 A 9 54

FINANCIAL
DISCLOSURE OFFICE

Judicial Conference of the United States
Committee on Financial Disclosure
Honorable Joseph H. McKinley, Jr., Chair
One Columbus Circle, N.E.
Washington D.C. 20544

    Re: 2012 Financial Disclosure Report

Dear Judge McKinley, Jr.,

    Thank you for your letter dated May 31, 2013, seeking additional information concerning two assets in my 2012 Financial Disclosure Report.

    As to your query regarding the asset listed at Part VII, page 6, line 40, please be advised that "Unit First Trust Tactical Income 5," was listed in my previous report dated 05/08/2012, under line 89 as, "UTS FTP, Tactical Income Portfolio Series 5". This asset was purchased on 05/05/2011. These are identical assets, but were named differently in the two separate reporting years.

    As to your query regarding "Legg Mason Western Asset Oregon Muni Mondy Mkt Fund", listed at Part VII, page 4, line 2, my report dated 05/08/2012, indicated, albeit through multiple entries at lines 3-8, that the asset was sold in October of 2011. In the event those entries were confusing, I would like to clarify that "Legg Mason Western Asset Oregon Muni Money Mkt Fund" was sold in its entirety in October of 2011 and is no longer an asset. If you need additional information please let me know.

                Very truly yours,

                Malcolm F. Marsh
                United States District Court Judge

MFM: ph/jh